1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JASON L. KREGER, as Co-Representative of the Estate of Dennis W. Kreger, Sr., deceased; ELLA MAE JACKSON-KREGER, as Co-Representative of the Estate of Dennis W. Kreger, Sr., deceased; JO ANN V. EYRISH; CHRIS S. GILGORE; LAURA L. GILGORE; PACIFIC COUNTY<br><br>     Defendants. | Case No.<br><br><br>**UNITED STATES'<br>COMPLAINT** |

The United States of America, by and through its undersigned counsel, hereby complains and alleges as follows:

## **INRODUCTION**

1.     This is a civil action to foreclose federal tax liens and a judgment lien on two

1

**U.S. DEPARTMENT OF JUSTICE**<br>Tax Division, Western Region<br>P.O. Box 683<br>Washington, D.C.  20044<br>Telephone: 202-514-6056

parcels of real property located in Pacific County, Washington, described more fully below ("Subject Properties").

2.      In a prior case, *United States v. Jason L. Kreger, et al.*, Case No. 3:14-cv-06020-RJB (W.D. Wash.), the United States filed suit to reduce Trust Fund Recovery Penalty assessments for the tax periods ending 06/30/2002, 09/30/2002, 12/31/2002, and 06/30/2003 against Dennis W. Kreger, Sr., deceased, to judgment ("*Kreger I")*. In *Kreger I,* the United States named as defendants Jason L. Kreger and Ella Mae Jackson-Kreger, as Co-Representatives of the Estate of Dennis W. Kreger, deceased.

3.      In *Kreger I*, this Court found that Dennis W. Kreger, Sr., deceased, is indebted to the United States in the amount of $168,402.05, as of June 15, 2015, plus interest and other additions accruing thereafter. *Kreger I,* Dkt. No. 17. The Court entered judgment in favor of the United States and against Ella Mae Jackson-Kreger as representative of the Estate of Dennis W. Kreger, Sr., deceased, and Jason L. Kreger, as representative of the Estate of Dennis W. Kreger, Sr., deceased, on April 22, 2015, and June 15, 2015, respectively. *Kreger I,* Dkt. Nos. 15, 17.

4.      As of June 17, 2019, Dennis W. Kreger, Sr., deceased, has outstanding Trust Fund Recovery Penalty liabilities for the tax periods ending 06/30/2002, 09/30/2002, 12/31/2002, and 06/30/2003 totaling $199,410.30. Accordingly, the United States seeks to foreclose its tax liens and its judgment lien upon the Subject Properties of this action to satisfy Dennis W. Kreger's, deceased, outstanding liabilities.

## JURISDICTION AND VENUE

5.      This action is brought pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization of Area Counsel of the

Complaint
(Case No. )

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1  Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury.

2        6.     The Court has subject matter jurisdiction pursuant to 26 U.S.C. § 7402 and 28

3  U.S.C. §§ 1340 and 1345.

4        7.     Venue is proper in the Western District of Washington under 28 U.S.C. §§ 1391

5  and 1396. Because the Subject Properties are located in Pacific County, pursuant to LCR 3(e),

6  the proper venue is in Tacoma, Washington.

7  **DEFENDANTS**

8        8.     Dennis W. Kreger, Sr. resided in Clark County, Washington at the time of his

9  death on October 11, 2007.  On February 1, 2008, the Last Will and Testament of Dennis W.

10  Kreger, Sr. was admitted into probate by the Superior Court of Washington for Clark County,

11  Case No. 08-4-00093-2.  Jason L. Kreger and Ella Mae Jackson-Kreger were appointed as Co-

12  Representatives of the Estate of Dennis W. Kreger, Sr.

13        9.     Jason L. Kreger, as Co-Representative of the Estate of Dennis W. Kreger, Sr.,

14  deceased, is named as a party to this action pursuant to 26 U.S.C. § 7403(b) because he may

15  claim an interest in the Subject Properties.

16        10.    Ella Mae Jackson-Kreger, as Co-Representative of the Estate of Dennis W.

17  Kreger, Sr., deceased, is named as a party to this action pursuant to 26 U.S.C. § 7403(b) because

18  she may claim an interest in the Subject Properties.

19        11.    Jo Ann V. Eyrish is named as a party to this action pursuant to 26 U.S.C.

20  § 7403(b) because she may claim an interest in the Subject Properties.

21        12.    Chris S. Gilgore is named as a party to this action pursuant to 26 U.S.C. § 7403(b)

22  because he may claim an interest in the Subject Properties.

23

Complaint
(Case No. )

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1        13.      Laura L. Gilgore is named as a party to this action pursuant to 26 U.S.C.

2  § 7403(b) because she may claim an interest in the Subject Properties.

3        14.      Pacific County is named as a party to this action pursuant to 26 U.S.C. § 7403(b)

4  because it may claim an interest in the Subject Properties.

5  //

6

7  //

8

9  //

10

11  //

12

13  //

14

15  //

16

17  //

18

19  //

20

21  //

22  //

23

Complaint
(Case No. )                                    4                    **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

## THE SUBJECT PROPERTIES

**I.**      **16215 Sandridge Rd., Long Beach, WA 98631**

15.      The first property that is the subject of this action is commonly referred to as

16215 Sandridge Rd., Long Beach, WA 98631, is located at Assessor's Tax Parcel Nos.

111122041, and 111122040, and is more particularly described below ("Property I):

```
·PARCEL "A"

Commencing at the South quarter corner of Section 22, Township 11 North, Range
11 West of the Willamette Meridian, Pacific County, Washington; thence North
00°31'15" East, 957.6 feet along the North-South centerline of said Section 22;
thence South 89°49' East, 357.47 feet along a line parallel with the South line
of said Section 22 to the true point of beginning; thence continuing South 89°49'
East, 145 feet; thence South 00°11' West, 184.59 feet; thence North 89°49' West
145 feet; thence North 00°11' East 184.59 feet to the true point of beginning;
EXCEPT
The South 93 feet thereof.

PARCEL "B"

The South 93 feet of the following described property:
Beginning at the South quarter corner of Section 22, Township 11 North, Range 11
West of the Willamette Meridian, in Pacific County, Washington; thence North
00°31'15" East, 957.6 feet along the North-South centerline of said Section 22;
thence South 89°49' East, 357.47 feet along a line parallel with the South line
of said Section 22 to the true point of beginning; thence continuing South 89°49'
East, 145 feet; thence South 00°11' West, 184.59 feet; thence North 89°49' West,
145 feet; thence North 00°11' East, 184.59 feet to the true point of beginning.

TOGETHER WITH a non-exclusive easement for ingress, egress and utilities beginning
South 00°11' West, 91.59 feet from the Northeast corner of the premises herein,
said point of beginning is the center of a 25 foot radius cul-de-sac; thence South
00°11' West, 216 feet along the centerline of a 30 foot wide strip; thence South
89°49' East 463.12 feet, more or less, along a 60 foot wide strip to the centerline
of Peninsula Highway;
LESS
That portion lying within said Peninsula Highway.
(As to Parcels A and B)
SUBJECT TO THE FOLLOWING:

1)  A 30 foot wide easement for ingress, egress and utilities, described as follows:
    Beginning at the Northeast corner of the herein described tract, said point
being the center of a 25 foot radius cul-de-sac; thence South 00°11' West 216 feet
along the centerline of a 30 foot wide strip.
(As to Parcels A and B)
```

16.      On or about November 1, 1987, Dennis W. Kreger, Sr. and Colleen Kreger,

Husband and Wife, ("Buyer"), entered into a Real Estate Contract with Elie P. Fitzgerald and

Juanita Fitzgerald, Husband and Wife; and Jack C. Eyrish and Jo Ann V. Eyrish, Husband and

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1  Wife, ("Seller") for the purchase of Property I. The Real Estate Contract was recorded with

2  Pacific County on December 4, 1987.

3         17.    The Real Estate Contract provided that the total sale price was $28,000, with a

4  down-payment of $3,000, and $25,000 was to be financed by the Seller. The financed amount

5  was to be paid in monthly payments of $300, starting December 1, 1987, with an interest rate of

6  9%. There was no "payout date", by which the entire balance was due. The Real Estate Contract

7  also provided that upon payment of all the amounts due to the Seller, the Seller will deliver a

8  Statutory Warranty Deed to the Buyer.

9         18.    Upon information and belief, no Statutory Warranty Deed conveying Property I to

10  Dennis W. Kreger, Sr. and Colleen Kreger was ever recorded with Pacific County. However,

11  upon information and belief, during all relevant times, Dennis W. Kreger, Sr. and Colleen

12  Kreger, or Dennis W. Kreger, Sr., individually, were the true owners of Property I.

13         19.    On or about December 24, 1987, Dennis W. Kreger, Sr. assumed the

14  responsibility for the electric service for Property I.

15         20.    Payments for property taxes on Property I were made by the Estate of Dennis W.

16  Kreger, Sr., as late as 2009, and by individuals connected to Dennis W. Kreger, Sr. as late as

17  2012.

18         21.    Under the loan repayment conditions as detailed in Paragraph 17, above, the loan

19  obtained by Dennis W. Kreger, Sr. and Colleen Kreger, would have been repaid within 11 years,

20  or by December 1, 1998. RCW § 4.16.040(1) provides in relevant parts that an action upon a

21  written contract shall be commenced within six years. Therefore, if the Buyer failed to comply

22  with the terms of the Real Estate Contract, the Seller was to commence action within six years,

23  or no later than December 1, 2004, six years after the date of the last scheduled payment. Upon

Complaint
(Case No. )

6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

information and belief, no such action was ever commenced.

22.     Upon information and belief, Dennis W. Kreger, Sr. and Colleen Kreger, became the owners of Property I, and enjoyed all the burdens and benefits of ownership.

23.     On or about November 1, 2000, Dennis W. Kreger, Sr., as the Personal Representative of the Estate of Colleen J. Kreger, and not in his individual capacity, conveyed Colleen J. Kreger's interest in Property I to Dennis W. Kreger, Sr., a single man, through Personal Representative Deed. The Personal Representative Deed was recorded with Pacific County on December 18, 2000.

24.     At the time of his death on October 11, 2007, Dennis W. Kreger, Sr. was the sole owner of Property I.

25.     Upon information and belief, Jo Ann Eyrish is the only living Seller that was a party to the Real Estate Contract. Elie P. Fitzgerald, Juanita Fitzgerald, and Jack Eyrish are all deceased.

//

//

//

//

//

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

## II.  17805 Sandridge Road, Long Beach, WA 98631

26.  The second property that is the subject of this action is commonly referred to as 17805 Sandridge Rd., Long Beach, WA 98631, is located at Assessor's Tax Parcel Nos. 111122074, and is more particularly described below ("Property II"):

COMMENCING at the South Quarter corner of Section 22, Township 11 North, Range 11 West of the Willamette Meridian, Pacific County, Washington;
Thence North 00° 31' 15" East, 957.6 feet along the North-South centerline of said Section 22;
Thence South 89° 49' 00" East, 357.47 feet along a line parallel to the South line of said Section;
Thence South 00° 11' 00" West 184.59 feet to the true point of beginning;
Thence South 89° 49' 00" East, 145.00 feet;
Thence South 00° 11' 00" West 93.00 feet;
Thence North 89° 49' 00" West, 145.00 feet;
Thence North 00° 11' 00" East 93.00 feet to the true point of beginning.
TOGETHER WITH a non-exclusive easement for ingress and egress beginning from a point which is North 00° 11' 00" East, 93.00 feet from the Northeast corner of the above-described tract, said point of beginning is the center of 25-foot radius cul-de-sac;
Thence South 00° 11' 00" West, 216 feet along the centerline of a 30-foot wide strip;
Thence South 89° 49' 00" East, 463.12 feet, more or less, along a 60-foot wide strip to the centerline of Peninsula Highway, less that portion lying within the right-of-way of said Peninsula Highway.

27.  On or about August 26, 1994, Dennis W. Kreger and Colleen J. Kreger, husband and wife, and Chris S. Gilgore and Laura L. Gilgore, husband and wife, acquired interest in Property II, from Jack L. Bowman and Noreen L. Bowman, husband and wife, through a Statutory Warranty Deed. The Statutory Warranty Deed was recorded with the Pacific County Auditor on September 21, 1994.

28.  On or about November 1, 2000, Dennis W. Kreger, Sr., as the Personal Representative of the Estate of Colleen J. Kreger, and not in his individual capacity, conveyed Colleen J. Kreger's interest in Property II to Dennis W. Kreger, Sr., a single man, through

Complaint
(Case No. )                                    8                    U.S. DEPARTMENT OF JUSTICE
                                                                    Tax Division, Western Region
                                                                    P.O. Box 683
                                                                    Washington, D.C.  20044
                                                                    Telephone: 202-514-6056

1  Personal Representative Deed. The Personal Representative Deed was recorded with Pacific

2  County on December 18, 2000.

3        29.    At the time of his death on October 11, 2007, Dennis W. Kreger, Sr. held at least

4  a partial interest in Property II.

5  **<u>TAX LIABILITIES AND LIENS</u>**

6        30.    On the following dates, a delegate of the Secretary of the Treasury of the United

7  States made the following timely civil penalty assessments against Dennis W. Kreger, Sr. under

8  26 U.S.C. § 6672 (Trust Fund Recovery Penalty), as a result of his willful failure to collect,

9  truthfully account for, and pay over to the United States taxes required to be withheld from

10  wages paid to employees of Denny's Machine & Fab, Inc. (Denny's Machine):

| Tax Period | Assessment Date | Penalty Assessed | Unpaid Balance as of June 17, 2019* |
|---|---|---|---|
| 06/30/2002 | 01/03/2005 | $29,586.19 | $38,300.07 |
| 09/30/2002 | 01/03/2005 | $45,101.24 | $87,677.39 |
| 12/31/2002 | 01/03/2005 | $35,784.38 | $69,565.24 |
| 06/30/2003 | 01/03/2005 | $1,989.47 | $3,867.60 |
| **TOTAL** | | | $199,410.30 |

*As of June 17, 2019, and including accrued but unassessed interest as of this date.

      31.    As a result of unpaid assessments, together with Dennis W. Kreger, Sr.'s refusal

or neglect to pay the assessed sums upon the IRS giving notice and making demand for payment,

pursuant to 26 U.S.C. §§ 6321 and 6322, tax liens arose in favor of the United States upon all

property and rights to property belonging to Dennis W. Kreger, Sr. as of the date of the

Complaint
(Case No. )
9
**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

assessments.

32.     In accordance with 26 U.S.C. § 6323(f), On September 6, 2013, a Notice of Federal Tax Lien was filed with the Pacific County Auditor's Office, against Dennis W. Kreger, Sr., deceased, for unpaid trust fund recovery penalties for tax the periods ending 06/30/2002, 09/30/2002, 12/31/2002, and 06/30/2003.

33.     In accordance with 26 U.S.C. § 6323(g), on December 4, 2014, a Notice of Federal Tax Lien was refiled with the Pacific County Auditor's Office, against Dennis W. Kreger, Sr., deceased, for unpaid trust fund recovery penalties for tax the periods ending 06/30/2002, 09/30/2002, 12/31/2002, and 06/30/2003.

34.     On December 29, 2014, the United States filed suit against Jason L. Kreger and Ella Mae Jackson-Kreger, as Co-Representatives of the Estate of Dennis W. Kreger, deceased, to reduce the Trust Fund Recovery Penalty assessments against Dennis W. Kreger, Sr. (deceased) for the tax periods ending 06/30/2002, 09/30/2002, 12/31/2002, and 06/30/2003 to judgment. *See United States v. Jason L. Kreger, et al.*, Case No. 3:14-cv-06020-RJB (W.D. Wash.).

35.     In *Kreger I*, this Court found that Dennis W. Kreger, Sr., deceased, is indebted to the United States in the amount of $168,402.05, as of June 15, 2015, plus interest and other additions accruing thereafter. *Kreger I,* Dkt. No. 17. The Court entered judgment in favor of the United States and against Ella Mae Jackson-Kreger as representative of the Estate of Dennis W. Kreger, Sr., deceased, and Jason L. Kreger, as representative of the Estate of Dennis W. Kreger, Sr., deceased, on April 22, 2015, and June 15, 2015, respectively. *Kreger I,* Dkt. Nos. 15, 17.

36.     Certified copies of the abstracts of judgment against Jason L. Kreger and Ella Mae Jackson-Kreger, as Co-Representatives of the Estate of Dennis W. Kreger, Sr., deceased, were recorded with Pacific County Auditor's Office on July 18, 2019. Pursuant to 28 U.S.C. §

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

3201(a), a judgment lien arose in favor of the United States on all property and interest in property of Dennis W. Kreger Sr.'s Estate.

## CLAIM FOR RELIEF: FORECLOSE FEDERAL TAX LIENS AND JUDGMENT LIEN AGAINST THE SUBJECT PROPERTIES

37. The United States incorporates and re-alleges as if fully stated herein each of the allegations in Paragraphs 1 to 36, above.

38. The United States seeks to foreclose the federal tax liens described above through sale of the Subject Properties.

39. The tax liens arising from the assessments described in Paragraph 30 above have priority over all interests in the Subject Properties acquired after the attachment of the tax liens, subject to the provisions of 26 U.S.C. § 6323(a). However, to the extent there is any unpaid amount owed to Pacific County, to which 26 U.S.C. § 6323(b)(6) applies, on the date of the Subject Properties' sale, such amount shall have priority over the United States' federal tax liens against the Subject Properties.

40. In addition, the United States seeks to foreclose the judgment lien described above through sale of the Subject Properties.

41. The United States' judgment lien has not been fully satisfied as of the date of this Complaint. Pursuant to 28 U.S.C. § 3201(b), the United States' judgment lien has priority over any other lien or encumbrance that is perfected later in time.

42. Under 26 U.S.C. § 7403(c) and 28 U.S.C. § 3201, the United States is entitled to enforce its federal tax liens and judgment lien against the Subject Properties, which should be sold free and clear of all rights, titles, liens, claims, and interests of the parties to this action, with an appropriate portion of the net proceeds to be distributed to the United States for application

Complaint
(Case No. )

11

1    toward the unpaid federal tax liabilities of Dennis W. Kreger, Sr., deceased, in accordance with

2    the law.

3

4    WHEREFORE, the Plaintiff, the United States, prays as follows:

5          A.    That this Court determine and adjudge that the United States has valid federal tax

6                liens and judgment lien against all property and rights to property of Dennis W.

7                Kreger, Sr., deceased, including, but not limited to, his interest in the Subject

8                Properties;

9          B.    That the federal tax liens and judgment lien against Dennis W. Kreger, Sr.,

10               deceased, encumbering the Subject Properties be foreclosed;

11         C.    That this Court determine the merits and priority of any claims or interests of the

12               other named defendants in the Subject Properties and their respective priorities to

13               a distribution of proceeds from a sale of the Subject Properties;

14         D.    That the Subject Properties be sold with the proceeds applied to the delinquent

15               Trust Fund Recovery Penalty liabilities of Dennis W. Kreger, Sr., deceased; and

16   //

17

18   //

19

20   //

21

22   //

23

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

E.    That the United States be granted its costs and fees herein, and such other and further relief as this Court deems just and proper.

DATED this 26th day of July, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/Rika Valdman
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-514-6056
Fax: 202-307-0054
rika.valdman@usdoj.gov

BRIAN T. MORAN
United States Attorney
Western District of Washington
*Of Counsel*

*Attorneys for the United States of America*

Complaint
(Case No. )

13

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rika Valdman, (202) 514-6056
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044

## DEFENDANTS

Jason L. Kreger, et al.

County of Residence of First Listed Defendant    Clark
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [x] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Section 7403

Brief description of cause:
Suit to foreclose on tax lien and judgment lien

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE   Robert J. Bryan
DOCKET NUMBER   3:14-cv-06020-RJB

DATE
07/26/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Rika Valdman

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**     **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**     **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**     **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**      **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**      **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td rowspan="6"><br><br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br><br><br><br>_____<br><i>Defendant(s)</i></td><td>)</td><td rowspan="6">Civil Action No.</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
                                                                                                    .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. |
| _____ | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center"><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center"><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: