IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON L. KREGER, as Co-Representative of the Estate of Dennis W. Kreger, Sr., deceased; ELLA MAE JACKSON-KREGER, as Co- Representative of the Estate of Dennis W. Kreger, Sr., deceased; JO ANN V. EYRISH; CHRIS S. GILGORE; LAURA L. GILGORE; PACIFIC COUNTY <br><br> Defendants. | Case No. 3:19-cv-05682-BHS <br><br> **ORDER OF DISBURSEMENT** |

This matter comes before the Court on the stipulated motion to disburse registry funds, submitted by the United States of America, Pacific County, and

Chris and Laura Gilgore, by and through their attorneys. Having considered all relevant documents, the Court hereby ORDERS as follows:

1. The Court previously authorized the foreclosure and sale of two parcels of property previously identified in this action (hereinafter "Property I" and "Property II"). (Dkt. No. 27.) Those properties have been properly sold at public auction, in accordance with the Court Order.

2. The proceeds of the sale of those parcels has been deposited with the Court's registry.

3. The Court hereby ORDERS disbursement of the funds as follows:

   a. $1,221 shall be disbursed to the Internal Revenue Service for reasonable costs of the sale.

      i. This amount shall be made payable to the Internal Revenue Service, and mailed to:

         INTERNAL REVENUE SERVICE
         ATTN: Gary Chapman
         SBSE, Collections ~ PALS
         1201 Pacific Ave, Ste. 550, M/S W802
         Tacoma, WA 98402

   b. $5,109.17 shall be disbursed to Pacific County for taxes and interest as to both properties, for the 2019, 2020, and 2021 tax years.

      i. This amount shall be made payable to Pacific County Treasurer and mailed to:

         Pacific County Treasurer
         P.O. Box 98
         South Bend, WA 98586

c.  $24,524.83 shall be disbursed to Chris and Laura Gilgore, for their 50% pre-sale interest in Property II. This is calculated as follows: a total of $1,221 in costs was incurred to sell both properties, half of that is attributed to Property I, and half to Property 2. Half of $1,221 is $610.50. A total of $339.84 in property taxes has accrued on Property II (the Gilgore property). The gross proceeds of the sale of Property II to the Gilgores is $50,000. The net proceeds of the sale of Property II is $50,000 minus $339.84 minus $610.50, which equals $49,049.66. 50% of the net proceeds (equaling the Gilgores' interest in the property) is $24,524.83.

   i. This amount shall be made payable to ELIZABETH PENOYAR, DBA ATTORNEY AT LAW, POOLED FUNDS TRUST ACCOUNT and mailed to:

   PO Box 425
   South Bend, WA 98586

d.  The remaining funds, totaling $134,145, shall be disbursed to the United States Department of Justice, to satisfy a portion of Dennis W. Kreger's outstanding tax liabilities.

   i. This amount shall be made payable to the U.S. Department of Justice, and mailed to:

   Department of Justice ATTN: TAXFLU
   P.O. Box 310 - Ben Franklin Station
   Washington, D.C. 20044

IT IS SO ORDERED.

Dated this 7th day of July, 2021.

BENJAMIN H. SETTLE
United States District Judge

Respectfully presented by:

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN CERLING
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:   202-514-6056 (Valdman)
                      202-616-3395 (Cerling)
Fax: 202-307-0054
rika.valdman@usdoj.gov
dylan.c.cerling@usdoj.gov
*Attorneys for the United States of America*

*/s/ Joel Penoyar\**
JOEL PENOYAR
Attorney at Law
P.O. Box 425
South Bend, WA 98586
Email: penoyarlawyer@gmail.com
*Attorney for Chris S. Gilgore and Laura S. Gilgore*
*\*permission to enter e-signature granted by email dated 6/24/2021*

*/s/ Benjamin Haslam\**
BENJAMIN HASLAM
Pacific County Prosecuting Attorney
PO Box 45
South Bend, WA 98586
P: 360-875-9361
F: 360-875-9362
bhaslam@co.pacific.wa.us
*\*permission to enter e-signature granted by email dated 6/16/2021*